STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LAWRENCE PEASE, a/k/a LAWRENCE COCHRAN, a/k/a LAWRENCE TULLY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Norman L. Kline* for the petitioner.

*Mr. Dominick J. Ferrelli* and *Mr. Alfred O. Powell* for the respondent.

April 28, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. OLLIE WATTS, DEFENDANT-PETITIONER.

*Mr. Ollie Watts, in propria persona.*

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

April 28, 1970. Denied.

EDWARD FISCHER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE MAYOR AND COUNCIL OF THE TOWNSHIP OF BRICK, *ETC.*, *ET AL.*, DEFENDANTS AND THE TOWNSHIP OF BRICK HOUSING AUTHORITY, *ETC.*, DEFENDANT-RESPONDENT.

See same case below: 109 *N. J. Super.* 50.

*Messrs. Mirne, Nowels, Tumen, Fundler, Cornblatt & Magee* for the petitioners.

*Messrs. Kannen, Slarkey, Turnbach & White* for the respondent.

April 28, 1970. Denied.